IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADAM CONNORS,<br><br>      Plaintiff,<br><br>vs.<br><br>VELOCITY INVESTMENTS, LLC, and GURSTEL LAW FIRM, PC,<br><br>      Defendants. | 8:24CV407<br><br>ORDER ON STIPULATION FOR CASE DISMISSAL WITH PREJUDICE |

  This case is before the Court on the parties' Stipulation for Case Dismissal with Prejudice. Filing 23. The parties stipulate that this matter has been settled in its entirety as to all parties and that this case should be dismissed with prejudice, with each party paying its own fees and costs and complete record waived. Filing 23 at 1. Accordingly,

  IT IS ORDERED the parties' Stipulation for Case Dismissal with Prejudice, Filing 23, is accepted, and this action is dismissed in its entirety with prejudice, with each party to bear its own fees and costs and complete record waived.

  Dated this 11th day of March, 2025.

                    BY THE COURT:

                    _____
                    Brian C. Buescher
                    United States District Judge